UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FATOU TOURAY,<br><br>            Plaintiff,<br><br>    v.<br><br>KENNETH CUCCINELLI, et al.,<br><br>            Defendants. | CASE NO. C20-1259-RAJ<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

Because plaintiff does not appear to have funds available to afford the $400.00 filing fee, plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, plaintiff's IFP application (Dkt. 1) is GRANTED. The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the assigned District Judge.

DATED this 21st day of August, 2020.

Mary Alice Theiler
United States Magistrate Judge